

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

NATHAN O'DELL

Case No. 2:26mj36
Court Date: March 4, 2026

CRIMINAL INFORMATION

COUNT ONE

Misdemeanor - Violation Notice 7380367

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 3, 2025, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, NATHAN O'DELL, did after being involved in an accident that caused damage to unattended property, fail to make a reasonable effort to find the owner or custodian of such unattended property, failed to leave a note or other sufficient information including his identification and contact information in a conspicuous place at the scene of the accident, and failed to report the accident in writing within 24 hours to law enforcement.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-896.)

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

By: *Ashley J. Young* (signature)
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov

## CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov

**3 February 2026**
_____
Date